# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

MAY CHEN,                          )
                                  )
            Plaintiff,            )
                                  )
      v.                          )        Civil Action No. 1:25-cv-00472 (UNA)
                                  )
DISTRICT OF COLUMBIA, et al,      )
                                  )
            Defendants.           )

## MEMORANDUM OPINION

This matter is before the court on its initial review of plaintiff's *pro se* complaint ("Compl."), ECF No. 1, and application for leave to proceed *in forma pauperis* ("IFP"). The court grants plaintiff's IFP application and, for the reasons discussed below, it dismisses the complaint, and this matter, without prejudice.

Plaintiff, who resides in the District of Columbia, sues "District of Columbia (Black People)," "State of Maryland (Black People)," "State of Texas (Black People)," and "State of California (Hispanic, Black People)." *See* Compl. at 1–3. The complaint is rambling and difficult to follow. It begins with a hodgepodge of vague grievances, provided without any supporting details or context, regarding defendants' alleged "housing demolition and wrongful tax sale," "repeated bullying," deprivation of rights related to "shower, housing, parking, entering building, economic losses; employment etc.[,] [and] [her] DMV vehicle registration." *See id*. at 3. Plaintiff continues to haphazardly inventory a laundry list of other assorted alleged wrongdoing, spanning two or three decades, which, while unclear, appears to arise from litigation filed in some, or all, of the state defendants' respective court systems. *See id*. at 4–5. As best understood, plaintiff focuses predominantly on the Los Angeles County court system, alleging that she faced "intentional harm, false police report, wrongful judgment, discrimination, unfairness, failure to implement the law,

misapply law, negligence, grievances, etc." *See id*. at 4. She closes by more generally alleging that that "the defendants, especially Black people" have intentionally caused her to suffer myriad harms, and she demands 59 quintillion dollars in damages, "criminal prosecution," a "barring notice, [and] injunctive relief forever." *See id*. at 5.

Federal Rule 8(a) requires complaints to contain "(1) a short and plain statement of the grounds for the court's jurisdiction [and] (2) a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a); *see Ashcroft v. Iqbal*, 556 U.S. 662, 678-79 (2009); *Ciralsky v. CIA*, 355 F.3d 661, 668-71 (D.C. Cir. 2004). The Rule 8 standard ensures that defendants receive fair notice of the claim being asserted so that they can prepare a responsive answer and an adequate defense and determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977). Notably, "[a] confused and rambling narrative of charges and conclusions . . . does not comply with the requirements of Rule 8." *Cheeks v. Fort Myer Constr. Corp.*, 71 F. Supp. 3d 163, 169 (D.D.C. 2014) (citation and internal quotation marks omitted). And when a pleading "contains an untidy assortment of claims that are neither plainly nor concisely stated, nor meaningfully distinguished from bold conclusions, sharp harangues and personal comments [,]" it also fails to fulfill the requirements of Rule 8. *See Jiggetts v. D.C.*, 319 F.R.D. 408, 413 (D.D.C. 2017), *aff'd sub nom. Cooper v. D.C.*, No. 17-7021, 2017 WL 5664737 (D.C. Cir. Nov. 1, 2017).

The instant complaint falls squarely within this category. Plaintiff presents mere conclusory statements within a mess of tangled assertions, failing to provide defendants or the court with notice of any cognizable claim. Furthermore, the complaint paragraphs are conflated and are not limited "to a single set of circumstances." *See* Fed. R. Civ. P. 10(b).

For these reasons, this case is dismissed without prejudice. A separate order accompanies this memorandum opinion.

Date:   April 8, 2025

_Tanya S. Chutkan_
TANYA S. CHUTKAN
United States District Judge